**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

PP LLC DBA FF,

                              Plaintiff,

            v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A",

                           Defendants.

Case No. 24-cv-04447

Judge Mary M. Rowland
Magistrate Judge Gabriel A. Fuentes

**MOTION TO INCREASE PAGE LIMIT OF BRIEF IN SUPPORT OF**
**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY**
**RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION,**
**A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff PP LLC DBA FF is requesting temporary relief related to, *inter alia*, its trademark infringement, copyright infringement, and design patent infringement claims, as well as pendent claims arising under Illinois law. To fully support its Motion for a temporary restraining order, Plaintiff has prepared a brief in excess of fifteen (15) pages to explain why relief should be granted for these claims. These claims are complex and require careful explanation spanning approximately twenty-nine (29) pages.

Therefore, Plaintiff requests that the page limit be increased from fifteen (15) pages to twenty-nine (29) pages, with a Table of Contents and Table of Authorities included, so that Plaintiff can fully present its Motion for a Temporary Restraining Order and a Brief in Support of the same in accordance with Local Rule 7.1.

1

Dated: May 30, 2024       Respectfully submitted,

<u>/s/ James E. Judge</u>

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com